

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LARRY DAVIS INDIVIDUALLY AND | § | |
| AS REPRESENTATIVE OF THE | | No. 08-12-00313-CV |
| ESTATE OF MATTHEW DEWAYNE | § | |
| SMITH, DECEASED, | | Appeal from the |
| | § | |
| Appellant, | | 109th District Court |
| | § | |
| v. | | of Andrews County, Texas |
| | § | |
| RODGER CLIFTON BILLS, JR., AND | | (TC#18,798) |
| BIG D CONSTRUCTION CO., LTD., | § | |
| | | |
| Appellees. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and his sureties, if any, *see* TEX. R. APP. P. 43.5, on the judgment and all costs, both in this Court and the court below for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 12TH DAY OF SEPTEMBER, 2014.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J., not participating